

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INDICTMENT** |
| | : | |
| vs. | : | **CRIMINAL NO. 5:21-CR-** 68(TES) |
| | : | |
| **MATTHEW ORIN PEROLI** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(a)(2) |
| | : | 18 U.S.C. § 924(d)(1) |
| | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## (POSSESSION OF A FIREARM BY A CONVICTED FELON)

On or about May 7, 2021, in the Macon Division of the Middle District of Georgia, the Defendant,

**MATTHEW ORIN PEROLI,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1) Glock, Model 43, 9x19mm caliber, semiautomatic pistol, serial number BBYB279; said firearms having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
## (POSSESSION OF A FIREARM BY A CONVICTED FELON)

On or about May 7, 2021, in the Macon Division of the Middle District of Georgia, the Defendant,

**MATTHEW ORIN PEROLI,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms in a different location as alleged in Count 1, that are, one (1) Charter Arms (Manufactured by Charter 2000), .22 caliber, revolver, serial number 67008; one (1) Taurus, Model G2C, 9mm caliber, semiautomatic pistol, serial number TLS47182; and one (1) Palmetto State Armory, Model SpacePirate-15, multi-caliber semiautomatic rifle, serial number Captain00438; said firearms having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE
## (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The allegations contained in Count One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Count One and Two of this Indictment, the defendant,

**MATTHEW ORIN PEROLI,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

              A TRUE BILL.

              *s/ Foreperson of the Grand Jury*
              FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

*/s/ William R. Keyes*
WILLIAM R. KEYES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14 day of Dec, AD 2021.

*C. Austen*
Deputy Clerk